UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMERCIO Y SERVICIOS
DE TRANSPORTE PRIVADO PBA S.A.
De C.V., a Mexican corporation,
    Plaintiff,

v.

CASE NO. 8:17-cv-1038-TGW

RDI, LLC, a Florida limited liability
Company,
    Defendant.
_____/

### ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Amended Motion to Compel Fact Information Sheet (Doc. 158).

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff's Amended Motion to Compel Fact Information Sheet (Doc. 158) is **GRANTED**, and defense counsel is directed to facilitate the defendant's completion of the fact information sheet within 15 days from the date of this Order.

DONE and ORDERED at Tampa, Florida, this 21st day of January, 2020.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE